UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.  26-CR-20054-MOORE

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Keegan Harricharan
    Defendant,
_____/

## WAIVER OF INDICTMENT

I, Keegan Harricharan, the above named defendant who is accused of **WIRE FRAUD**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 2/13/26, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant
Philip Reizenstein
Bar #634026

_____
Marty F. Elfenbein
**UNITED STATES MAGISTRATE JUDGE**