UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20054-CR-MOORE/D'ANGELO

UNITED STATES OF AMERICA,

vs.

KEEGAN HARRICHARAN,

    Defendant.
_____/

### ORDER GRANTING MOTION FOR PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION

**THIS CAUSE** is before the Court on Plaintiff's Motion for Protective Order Regulating Disclosure of Discovery and Sensitive Information Contained Therein filed on February 17, 2026 (DE 8).[1] The Government seeks a protective order to prevent the dissemination of sensitive information of third parties, including financial account data, social security numbers, birth dates, phone numbers, email addresses, and residential addresses (*id.* at 2). The Government states that the defense does not oppose the Motion (*id.* at 1). Having considered the pertinent portions of the record, and being otherwise fully advised in the premises, for good cause shown, it is hereby **ORDERED and ADJUDGED** that:

    The Motion (DE 8) is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Government shall identify and mark for defense counsel the portions of discovery that include sensitive information as "Confidential."[2] Defense

---

[1] This case has been referred to the undersigned Magistrate Judge to take all necessary and proper action as required by law and/or to submit a Report and Recommendation regarding all matters and pretrial motions, except motions for continuance of trial (DE 10).

[2] Nothing in this Order shall preclude defense counsel from later raising an objection with Court as to a particular "Confidential" designation by the Government regarding the discovery.

counsel shall hold the Confidential portion(s) of discovery in strict confidence. Defense counsel shall restrict access to this discovery and shall disclose this discovery to the Defendant, to office staff, to investigators, and to anticipated fact or expert witnesses only to the extent defense counsel believes is necessary to assist in the defense of this case and in a manner that will prohibit disclosure of this discovery to others not involved in the defense.

**IT IS FURTHER ORDERED** that defense counsel shall advise any person to whom a Confidential portion of the discovery is disclosed that such information shall be held in strict confidence and that further disclosure or dissemination without defense counsel's express written consent is prohibited.

**IT IS FURTHER ORDERED** that defense counsel shall obtain a certification from each person to whom a Confidential portion of the discovery is disclosed, in which the recipients must: (a) acknowledge the restrictions set forth in this Order; and (b) agree that they will not disclose or disseminate the information without defense counsel's express written consent. Defense counsel shall keep a copy of each certification to identify the individuals who received the Confidential portion of the discovery and the date on which that information was first disclosed.

**IT IS FURTHER ORDERED** that when this case is over, defense counsel will destroy or return to the Government the Confidential discovery received.[3]

---

[3] The case will be considered over should all charges be later dismissed or at the conclusion of any appellate and § 2255 proceedings. If the Defendant does not appeal or file a habeas petition, the case will be considered over when the period for appealing or filing a habeas petition has expired.

**IT IS FURTHER ORDERED** that Government personnel and defense counsel shall promptly report to the Court any known violations of this Order.

**DONE and ORDERED** in Chambers in Miami, Florida on this 18th day of February, 2026.

*Ellen D'Angelo*
_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:    All Counsel of Record