UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
26-CR-20054 Moore/D'Angelo

UNITED STATES OF AMERICA
    Plaintiff

vs.

KEEGAN HARRICHARAN
    Defendant
_____/

## **MOTION TO FILE SEALED PLEADINGS**

The Defendant by and through undersigned counsel, Philip L. Reizenstein, Esq., Reizenstein & Associates, PA, pursuant to local rule 5.4 of the local rules of the Southern District Of Florida hereby moves this Court to enter an Order granting the defense the ability to file a sealed motion concerning the transfer of this case.

1. The defendant was charged by Information and was arraigned on Friday February 13, 2026. His case was assigned to this Court. The Information involves money laundering allegations pertaining the July 7, 2021, assassination of Haitian President Jovenel Moise.

2. There is already a pre-existing related case in the Southern District of Florida pertaining to the July 7, 2021, assassination of Haitian President Jovenel Moise, United States v. Ortiz et. al., 22-20104-CR-BECERRA. Various other defendants have been convicted and sentenced under this pre-existing case number. The remaining 5 defendants in the pre-existing

case (22-20104-CR-BECERRA) that will proceed to trial before Judge Becerra beginning on March 9, 2026.

3. Counsel wants to file a motion to transfer, and the contents of which, and the reasoning supporting the motion, should be filed under seal.

4. Pursuant to the local rule 5.4 the defense seeks the pleading to be sealed until this case is concluded.

5. Counsel has conferred with AUSA Sean McLaughlin, who does not oppose the Court granting this motion.

WHEREFORE, the defense moves this court for an order allowing it to file a sealed pleading to transfer this case.

Respectfully Submitted,

S/*Philip L. Reizenstein*
Philip L. Reizenstein, Esq.
Reizenstein And Associates
Florida Bar# 634026
2828 Coral Way
Suite 540
Miami, FL, 33145
(305) 444-0755
Phil@Reizensteinlaw.com
Service@Reizensteinlaw.com